AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
| --- | --- | --- |
| MJ25-01526 WRP<br>MJ 25-01451 | 12/10/2025 | via electronic Uber LE Portal |

Inventory made in the presence of :
NA

Inventory of the property taken and name(s) of any person(s) seized:

Electronic records as provided by Uber responsive to attached search warrant.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Nov 12, 2026, 11:35 am (ea)
Lucy H.Carrillo, Clerk of Court

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 11/12/2026

[signature]
*Executing officer's signature*

SA Sherwin Chang
*Printed name and title*

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means ☑ Original ❒ Duplicate Original

# UNITED STATES DISTRICT COURT

for the

District of Hawaii

| | | |
|---|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched or identify the person by name and address)*<br>INFORMATION ASSOCIATED WITH MULTIPLE ACCOUNTS THAT IS STORED AT PREMISES CONTROLLED BY UBER TECH. | ) | Case No. MJ25-01526 WRP |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the Northern District of California *(identify the person or describe the property to be searched and give its location)*:

See Attachment A, which is attached and incorporated herein.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B, which is attached and incorporated herein.

**YOU ARE COMMANDED** to execute this warrant on or before December 24, 2025 *(not to exceed 14 days)*

❒ in the daytime 6:00 a.m. to 10:00 p.m. ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to Duty Magistrate.
*(United States Magistrate Judge)*

❒ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

❒ for ____ days *(not to exceed 30)* ❒ until, the facts justifying, the later specific date of ______________.

Date and time issued: December 9, 2025 at 3:08 pm

City and state: Honolulu, Hawaii

Wes Reber Porter
United States Magistrate Judge

# ATTACHMENT A

## Property to Be Searched

This warrant applies to information associated with the following Uber accounts with email addresses and phone numbers listed below, collectively referred to as the "SUBJECT ACCOUNTS," that is stored at premises owned, maintained, controlled, or operated by Uber, a company headquartered at 1515 3rd Street, San Francisco, California 95158.

- edavid808@gmail.com,
- titankalama00@gmail.com,
- maryyycannon.443@gmail.com;
- phone number 808-728-2102; and
- phone number 808-369-4752

# ATTACHMENT B

## Particular Things to be Seized

### I. Information to be Disclosed by the Uber Technologies, Inc. ("Uber")

To the extent that the information described in Attachment A is within the possession, custody, or control of Uber, including any information that has been deleted but is still available to Uber is required to disclose to the government the following information pertaining to the SUBJECT ACCOUNTS listed in Attachment A:

a. Rider name, email address, phone number, date of account creation, account status, and IP address;

b. Rider address(es) (including mailing addresses, residential addresses, business addresses, and e-mail addresses);

c. Rider credit card number(s) and associated expiration date, billing address; bank account number, and other payment instruments;

d. Rider device information (model and IMEI numbers), rating, feedback, and profile picture (if available);

e. Rider trip information (amount charged, map of route taken, pick-up and drop-off addresses, name and rating of Driver), billing transaction history (amounts, dates, times, and payment instrument used) concerning rides taken from 1/1/2023 – 8/1/2024;

f. Driver's license number, vehicle information (license plate data, make and model of vehicle, insurance, registration data, and VIN), banking information, and date of birth concerning rides taken from 1/1/2023 – 8/1/2024;

g. Records of communications between Rider/Driver (to and from information, date and time of communication) concerning rides taken from 1/1/2023 – 8/1/2024;

h. Contents of stored electronic communications between Riders/Drivers concerning rides taken from 1/1/2023 – 8/1/2024;

i. GPS location information concerning rides taken from 1/1/2023 – 8/1/2024;

j. Log-in IP addresses associated with session times and dates from 1/1/2023 – 8/1/2024; and

k. All records pertaining to communications between Uber and any person regarding the Account, including contacts with support services and records of actions taken from 1/1/2023 – 8/1/2024.

## II. Information to be Seized by the Government

All information described above in Section I that constitutes evidence and instrumentalities of violations of 18 U.S.C. §§ 2251(a), 2252(a)(2), and 2252(a)(4) (the “TARGET OFFENSES”).